■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINO MARCOCCIA, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: We conclude from our review of the record that the prosecutor's opening statement was adequate (see, CPL 260.30 [3]; People v Kurtz, 51 NY2d 380, 384, cert denied 451 US 911). We find defendant's remaining arguments on these appeals to be without merit. (Appeal from judgment of Onondaga County Court, Cunningham, J.—arson, third degree, and other offenses.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TINO MARCOCCIA, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in People v Marcoccia ([appeal No. 1], 135 AD2d 1121 [decided herewith]). (Appeal from judgment of Onondaga County Court, Cunningham, J.— criminal solicitation, fourth degree.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ In the Matter of KEITH SACKETT, Respondent, v WALTER KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Appeal unanimously dismissed as moot. Memorandum: Prior to the filing of briefs and argument of the appeal, petitioner served the maximum term of his sentence and was released from custody. Accordingly, this appeal is moot and since it does not present a recurring issue of public interest which otherwise would escape appellate review, dismissal is appropriate (see, People ex rel. Rodriguez v Le-Fevre, 84 AD2d 661). (Appeal from judgment of Supreme Court, Wyoming County, Newman, J.—art 78.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.